**Appeal Dismissed and Memorandum Opinion filed August 30, 2018.**



In The

# Fourteenth Court of Appeals

## NO. 14-18-00694-CR

**BRODERICK  RECHARD  STOKES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 337th District Court**
**Harris County, Texas**
**Trial Court Cause No. 1159870**

## M E M O R A N D U M   O P I N I O N

Appellant Broderick Rechard Stokes pleaded guilty to theft. The trial court sentenced him on May 21, 2008, to 300 days' confinement in state jail. Appellant filed a notice of appeal from the judgment on July 27, 2018.

We lack jurisdiction over this appeal because the notice of appeal was not filed timely. A defendant's notice of appeal must be filed within thirty days after sentence is imposed when the defendant has not filed a motion for new trial. *See* Tex. R. App. P. 26.2(a)(1). A notice of appeal that complies with the requirements

of Rule 26.2 is essential to vest the court of appeals with jurisdiction. *Slaton v. State*, 981 S.W.2d 208, 210 (Tex. Crim. App. 1998). If an appeal is not timely perfected, a court of appeals does not obtain jurisdiction to address the merits of the appeal. Under those circumstances it can take no action other than to dismiss the appeal. *Id.*

Appellant's notice of appeal was filed more than ten years after the sentence was imposed. Therefore, the appeal was not timely perfected.

Accordingly, we **DISMISS** the appeal.


PER CURIAM


Panel consists of Justices Donovan, Wise, and Jewell.
Do Not Publish — Tex. R. App. P. 47.2(b).